ASCENSION LAW GROUP
PAMELA TSAO ( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

JS-6

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual | Case No.: 5:15-cv-00532 |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| CROWN FINANCIAL, LP, a California Limited Partnership; and DOES 1 through 10, | [Hon. John F. Walter] |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

DATED ___7/1/15_____.    _____

                                                Hon. John. F. Walter

                                                United States Central District Judge